UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON GRIFFIN | CIVIL ACTION |
| VERSUS | NO. 12-2144 |
| ROBERT TANNER, WARDEN | SECTION "N"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the United States Fifth Circuit Court of Appeals is notified that the records of the B.B. "Sixty" Rayburn Correctional Center indicate that the petitioner, Brandon Griffin, presented his "Certificate of Appealability," later treated as a Notice of Appeal, to prison officials for mailing to the United States Fifth Circuit Court of Appeals on January 6, 2014.

New Orleans, Louisiana, this 8th day of September, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE